Marian F. Harrison
US Bankruptcy Judge

Dated: 9/16/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | BK Case No. 18-07640-MH1-13 |
| Carlos Anthony Jones, ) | Chapter 13 |
| Stephanie Darlene Jones, ) | Judge Harrison |
| ) | |
| Debtors. ) | |
| ) | |

**AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISALLOW IN PART CLAIM OF CHALET SERIES III TRUST (PAYEE SERVIS ONE, INC DBA BSI FINANCIAL SERVICES) (COURT CLAIM 18) AND REQUEST FOR RELIEF UNDER RULE 3001(C)(2)(D) AND REQUEST TO DETERMINE AMOUNT NECESSARY TO CURE THE DEFAULT**

This matter came to be heard on September 18, 2019, continued August 28, 2019, continued from July 31, 2019 upon the Trustee's Motion to Disallow on June 21, 2019. Subsequent to the filing of the Trustee's Motion, the creditor amended the claim to resolve the Trustee's Motion. Therefore, as evidenced by the signatures below, the parties agree to entry of the following order:

IT IS HEREBY ORDERED that the Trustee's Motion is resolved, that Court's Claim #18 is allowed as amended on September 9, 2019, and, Chalet Series III Trust

(Payee Servis One, Inc. dba BSI Financial Services) waives any attorneys' fees and costs associated with the Trustee's Motion.

IT IS SO ORDERED.

                             **This order was signed and entered electronically as indicated at the top of the first page.**

Approved for entry:

*/s/Edward D. Russell*
Edward D. Russell
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

**Henry E Hildebrand, III**
Digitally signed by Henry E Hildebrand, III
DN: CN="Henry E Hildebrand, III", E=aoecf@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2019-09-11 14:43:34
Foxit Reader Version: 9.6.0

Henry E. Hildebrand, III
Standing Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
http://www.ch13nsh.com
pleadings@ch13nsh.com

### CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of September 2019, I have caused a copy of the foregoing Agreed Order Denying Trustee's Motion to Disallow in Part Claim No. 18 to be sent electronically through the Court's CM/ECF system to all parties consenting to such service and by U.S. Mail, postage pre-paid, to Carlos and Stephanie Jones, 1703 Kendall Cove Lane, Mt. Juliet, TN 37122; Clark & Washington, PC, 237 French Landing Drive, Nashville, TN 37228.

                                         By: */s/Edward D. Russell*
                                              Edward D. Russell

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:18-bk-07640   Doc 76   Filed 09/16/19   Entered 09/16/19 14:42:42   Desc Main
Document     Page 2 of 2